**Calvin ALLEN, doing business as**
**Brick House Productions,**
**Appellant,**

v.

**State of MISSOURI, Department of Public Safety, Div. of Liquor Control; Jim Anderson, Individually; City of Kennett, Missouri; City Counsel, Kennett, Missouri; Charles D. Brown, Individual and Official Capacity; Terry M. McVey, Individual and Official Capacity; Ronnie Morgan, Appellees.**

No. 06–1070.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 5, 2007.

Filed: July 10, 2007.

Calvin Allen, Springfield, MO, pro se.

Theodore A. Bruce, Assistant Attorney General, Attorney General's Office, Jefferson City, MO, Robert John Krehbiel, King & Krehbiel, St. Louis, MO, Randy R. Cowherd, Catherine Reade, Haden & Cowherd, Springfield, MO, for Appellees.

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

PER CURIAM.

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

**306**

Calvin Allen appeals the district court's [1] adverse judgment in his action brought under 42 U.S.C. §§ 1981, 1983, and 1985 for the denial of a liquor license. Following careful review, see *Casazza v. Kiser*, 313 F.3d 414, 418 (8th Cir.2002) (de novo review of dismissal); *Dulany v. Carnahan*, 132 F.3d 1234, 1237 (8th Cir.1997) (de novo review of summary judgment), we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B. We do not consider Allen's tendered "Motion to Vacate, Set Aside, and Remand Summary Judgment Request Oral Argument," and order that it be stricken.

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.